UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

VINIT VINIT,

                    Petitioner,

          v.

FERETI SEMAIA, et al.,

                    Respondents.

Case No. 5:26-cv-03739-SSC

JUDGMENT

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted and that Petitioner **Vinit Vinit (A# 249-098-229)** is to be released from immigration custody immediately and upon appropriate conditions of supervision.

DATED: July 13, 2026

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE